EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2023 TSPR 52 |
| Michelle H. Fuster Santana | 211 DPR ___ |

Número del Caso:  TS-16,507

Fecha:  24 de abril de 2023

Abogada de la parte peticionaria:

      Por derecho propio

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Michelle H. Fuster Santana

TS-16,507

RESOLUCIÓN

En San Juan, Puerto Rico, a 24 de abril de 2023.

Examinada la *Moción en Solicitud de Reinstalación al Ejercicio de la Abogacía*, se le advierte a la Sra. Michelle H. Fuster Santana que está impedida de suscribir documentos como licenciada cuando no lo sea. Se le apercibe que un futuro incumplimiento con esta norma podrá conllevar una sanción.

Dicho esto, se le reinstala al ejercicio de la abogacía.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez no intervino.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo